**FILED**

4

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY MARTIN, ) <br> ) <br> Defendant. ) | 2:09-CR-0389-PMP-GWF |

### ORDER OF FORFEITURE

This Court found on September 30, 2009, that GARY MARTIN shall pay a criminal forfeiture money judgment of $400,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GARY MARTIN a criminal forfeiture money judgment in the amount of $400,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2 | United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3 | DATED this __14__ day of __June__, 2010.

_____
UNITED STATES DISTRICT JUDGE