SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY MARTIN<br><br>Defendant. | Case No. 2:09-cr-00389-JAD-EJY<br><br>**INSTALLMENT PAYMENT ORDER**<br><br>ECF No. 24 |

This matter is before the Court on the motion of the United States for an installment payment order pursuant to 28 U.S.C. §3204. The Court has reviewed the motion, which is unopposed, **GRANTS the motion [ECF No. 24]**, and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against Defendant on June 14, 2010, in the amount of $236,100.00.

2. The Defendant and his spouse are self-employed, and based upon the information available to the United States Attorney's Office, the Defendant is able to make minimum monthly installment payments of $750.00 to the United States until the judgment debt is satisfied.

3. The installment payments shall be paid beginning August 1, 2025 and shall be made on or before the 1st of each month thereafter until the balance is paid in full. Defendant shall provide the United States Attorney's Office with an annual financial

statement that summarizes: (1) Defendant's gross household income, (2) Defendant's household expenses, (3) Defendant's household's gross wages, and (4) Defendant's household disposable earnings after taxes and other deductions required by law. This statement is necessary to verify that the Defendant is paying an appropriate amount. Furthermore, Defendant shall be required to submit a complete copy of business and personal federal income tax returns to the United States Attorney's Office upon filing each year.

4.    All checks or money orders are to be made payable to: Clerk of the Court, U.S. District Court, and mailed to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, NV 89101

> And bearing Judgment Debtor's name and case number:

> 2:09-cr-00389-JAD-EJY

5.    Defendant shall advise the United States Attorney's Office of any change in his financial status.

6.    The district court shall retain jurisdiction over this case for purposes of enforcing this order.

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2025