1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3
   CYBILL DOTSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   E-mail: Cybill.Dotson@usdoj.gov
7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,          Case No. 2:09-cr-00389-JAD-EJY

12              Plaintiff,             **ORDER TO SHOW CAUSE FOR**
                                       **FAILURE TO COMPLY WITH**
13       v.                            **INSTALLMENT PAYMENT ORDER**

14  GARY MARTIN

15              Defendant.

16

17      This matter is before the Court on the motion of the United States for an Order to

18  Show Cause for Failure to Comply with Installment Payment Order. The Court has reviewed

19  the motion and finds as follows:

20      1.   Judgment in the captioned matter was entered in favor of the United States and

21  against Defendant on June 14, 2010 in the amount of $236,100.00.

22      2.   An Installment Payment Order was issued by this Court on July 2, 2025.

23      3.   Defendant is required to make minimum monthly installment payments of

24  $750.00 to the United States until the judgment debt is satisfied.

25      4.   Defendant has not been compliant with the terms of the Installment Payment

26  Order and must show cause to to why he should not be held in contempt for failure to make

27  full payment pursuant to the Order.

28

IT IS THEREFORE ORDERED that the Defendant appear before this court on October 23, 2025, at 11:30 a.m. in courtroom 6D and show cause why he has not made full payment in accordance with the Installment Payment Order.

Dated: 10/09/2025

_____
UNITED STATES DISTRICT JUDGE