SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GARY MARTIN<br><br>Defendant | Case No. 2:09-cr-00389-JAD-EJY<br><br>**AMENDED ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH INSTALLMENT PAYMENT ORDER**<br><br>Directing the defendant to appear at court on 11/17/25 at 11:30 a.m. |

This matter is before the Court on the motion of the United States for an Order to Show Cause for Failure to Comply with Installment Payment Order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against Defendant on June 14, 2010 in the amount of $236,100.00.

2. An Installment Payment Order was issued by this Court on July 2, 2025.

3. Defendant is required to make minimum monthly installment payments of $750.00 to the United States until the judgment debt is satisfied.

4. Defendant has not been compliant with the terms of the Installment Payment Order and must show cause to to why he should not be held in contempt for failure to make full payment pursuant to the Order.

5. The court issued an order to show cause, directing Defendant Gary Martin to appear before this court on October 23, 2025, at 11:30 a.m. to show cause why he has not made full payment in accordance with the Installment Payment Order. Martin did not appear.

The court will give Martin one more opportunity to appear before the court before it holds him in contempt, which may involve the issuance of a bench warrant for Martin's arrest. So the show-cause hearing has been continued to November 17, 2025, at 11:30 a.m. IT IS THEREFORE **ORDERED that Defendant Gary Martin must appear before the Hon. Jennifer A. Dorsey, in Courtroom 6D of the Lloyd D. George U.S. Courthouse at 333 Las Vegas Blvd., in Las Vegas, Nevada, on November 17, 2025, at 11:30 a.m. and show cause in person why he has not made full payment in accordance with the Installment Payment Order. Failure to appear may result in sanctions including the issuance of a bench warrant for Martin's arrest.**

The Clerk of Court is directed to **MAIL** a copy of this amended order, along with a copy of the order at ECF No. 28, to Gary Martin, 326 Carlisle Crossing St., Las Vegas, NV 89138.

Dated: 10/23/2025

_____
UNITED STATES DISTRICT JUDGE